GANA WEINSTEIN, LLP
Adam J. Gana, Esq.
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 776-4251
*Pro Hac Vice Motion Forthcoming*

-and-

COOK & KELESIS, LTD.
Marc P. Cook, Esq.
Julie L. Sanpei, Esq.
517 South 9th Street
Las Vegas, Nevada 89101
(702) 385-3788
Local Counsel

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY KREVOSH,<br><br>Plaintiff,<br><br>vs.<br><br>WESTMINSTER FINANCIAL SECURITIES, INC.,<br><br>Defendant. | CASE NO.: ____________<br><br>**COMPLAINT** |

Mary Krevosh ("Mrs. Krevosh" or "Plaintiff"), by and through the undersigned counsel, hereby alleges against Westminster Financial Securities, Inc. ("Westminster" or "Defendant") as follows:

## PARTIES, JURISDICTION AND VENUE

1. This is an action for breach of contract and promissory estoppel in connection with Westminster's intentional failure to comply with the valid and binding settlement agreement ("Settlement Agreement") entered into with Mrs. Krevosh on July 20, 2018.

2. Plaintiff Mrs. Krevosh resides and has resided in Clark County, Nevada at all times relevant to this dispute.

3. Defendant Westminster is a corporation who, on information and belief, is organized under the laws of the State of Ohio at all relevant times relevant to this dispute.

4. This Court has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332, as there exists complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000, as more particularly alleged herein.

5. Venue for this action is appropriate in the District of Nevada because pursuant to 28 U.S.C. § 1391 since "a substantial part of the events or omissions giving rise to the claim[s] occurred" in Nevada.

## GENERAL ALLEGATIONS

6. Paragraphs 1 through 5 above are reincorporated by reference as though fully set forth herein.

7. Westminster is and was a broker-dealer headquartered in Dayton, OH. Westminster is a member of FINRA and registered with the Securities and Exchange Commission ("SEC"). Westminster's Central Registration Depository ("CRD") Number is 20677 and SEC number is 38426.

8. Mrs. Krevosh was an investor and customer of Westminster from approximately April 2012 to June 2016. As a result of Mrs. Krevosh's customer relationship with Westminster during the aforementioned time period, a dispute arose concerning the handling of her account(s) and assets.

9. On or about April 18, 2017, Mrs. Krevosh filed a Statement of Claim with the

Financial Industry Regulatory Authority (FINRA[1]) against Westminster in connection with the above-referenced dispute, thereby initiating a customer-arbitration claim (hereinafter "FINRA Arb. No. 17-00988").

10. On or about June 29, 2017, Westminster filed a Statement of Answer and Affirmative and Additional Defenses against Mrs. Krevosh.

11. On or about July 31, 2017, Westminster and Mrs. Krevosh (the "Parties") attended a telephonic initial pre-hearing conference with the three arbitrators appointed in FINRA Arb. No. 17-00988. The Parties and the arbitration Panel selected hearing dates of July 31, 2018.

12. Thereafter, the Parties engaged in discovery practice for approximately a year.

13. On May 18, 2018, the Parties attended a one day mediation conference with mediator, Jeffrey Grubman ("Mediator Grubman"), in Chicago, Illinois. The Parties were unable to resolve FINRA Arb. No. 17-00988 during the mediation.

14. Thereafter, the Parties and Mediator Grubman continued to work towards resolving FINRA Arb. No. 17-00988 in good faith.

15. On July 20, 2018, eleven (11)[2] days before the hearing scheduled for July 31, 2018, the Parties reached a settlement with respect to FINRA Arb. No. 17-00988. The Settlement Agreement was memorialized by Mediator Grubman's electronic mail and contained the following essential terms:

---

[1] The Financial Industry Regulatory Authority (FINRA) is a private corporation that acts as a self-regulatory organization which, among other things, regulates member brokerage firms and exchange markets. FINRA operates an arbitration forum for disputes among investors, securities firms and individual brokers via FINRA Dispute Resolution.

[2] FINRA assesses hearing fees if the parties postpone the hearing within ten (10) days of the scheduled hearing. *See* FINRA Code of Arbitration Procedure for Customer Disputes Rule 12601. Postponement of Hearings.

a. Westminster agreed to pay Mrs. Krevosh $275,000 within approximately 30 days to settle the matter;

b. Westminster agreed to pay Mediatory Grubman's total mediation fee, including its share as well as Mrs. Krevosh's share; and

c. Mrs. Krevosh agreed to dismiss FINRA Arb. No. 17-00988 and close the matter with FINRA.

A true and correct copy of the Settlement Agreement is annexed hereto as Exhibit A.

16. On July 20, 2018, Mrs. Krevosh's counsel, Adam J. Gana ("Mr. Gana"), assented to the Settlement on Plaintiff's behalf and stated: "I wanted to personally thank you. Jeff told me your firm is covering the mediation fee to get the deal done. I appreciate it and so does my client. This was a tough one and nobody is particularly happy, so good job Jeff." Exhibit A.

17. On July 20, 2018, Westminster's counsel, Joseph S. Simms ("Mr. Simms") assented to the Settlement on Defendant's behalf and stated: "My client overpaid, your client accepted too little. Perfect settlement. Have a good weekend everyone." Exhibit A.

18. On July 20, 2018, Mrs. Krevosh's counsel filed a Letter of Settlement in Principal with FINRA to inform it that FINRA Arb. No. 17-00988 settled in principal. A true and correct copy of the Letter of Settlement in Principal is annexed hereto as Exhibit B.

19. On July 20, 2018, Mr. Simms requested that Mr. Gana remove the "in principal" language from the notification to FINRA in order to cancel the pending hearing and remove the case from FINRA's arbitration docket in its entirety. A true and correct copy of the Request is annexed hereto as Exhibit C.

20. At Mr. Simms' request, on July 20, 2018, Mr. Gana sent FINRA an electronic communication, copying Mr. Simms, to inform FINRA that FINRA Arb. No. 17-00988 was settled in its entirety and the case should be closed. A true and correct copy of the Notification

of Settlement in Entirety is annexed hereto as Exhibit D.

21. On July 30, 2018, FINRA notified the Parties that all claims were settled or withdrawn and the case was closed and removed from the arbitration docket. A true and correct copy of the Notification of Case Closure is annexed hereto as Exhibit E.

22. Westminster has since informed Mrs. Krevosh that it does not intend to comply with the Settlement Agreement.

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

23. Paragraphs 1 through 22 above are reincorporated by reference as though fully set forth herein.

24. Mediator Grubman memorialized the Settlement Agreement between the Parties on July 20, 2018.

25. Pursuant to the Settlement Agreement, Westminster agreed to pay Mrs. Krevosh $275,000 within approximately 30 days to settle FINRA Arb. No. 17-00988.

26. Pursuant to the Settlement Agreement, Westminster agreed to pay Mrs. Krevosh and its share of Mediator Grubman's mediation fee.

27. Pursuant to the Settlement Agreement, Mrs. Krevosh agreed to dismiss FINRA Arb. No. 17-00988 and close the matter with FINRA.

28. Westminster and Mrs. Krevosh entered into a valid and existing contract, the Settlement Agreement.

29. In consideration for Westminster's promises, Mrs. Krevosh performed pursuant to the Settlement Agreement and dismissed FINRA Arb. No. 17-00988.

30. Westminster has informed Mrs. Krevosh that it does not intend on complying with the Settlement Agreement.

31. By failing and refusing to abide by the Settlement Agreement's terms, and specifically failing and refusing to pay to Mrs. Krevosh the $275,000 or her share of Mediator Grubman's mediation fee, Westminster breached the terms of the Settlement Agreement.

32. WHEREFORE, Mrs. Krevosh respectfully requests the Court find Westminster in breach of the Settlement Agreement and order it to pay to Mrs. Krevosh $275,000.

**SECOND CAUSE OF ACTION**
**(Promissory Estoppel)**

33. Paragraphs 1 through 32 above are reincorporated by reference as though fully set forth herein.

34. Westminster promised to pay Mrs. Krevosh $275,000 within approximately 30 days to settle the matter.

35. In exchange for Westminster's promise to pay $275,000 to Mrs. Krevosh to settle the matter, Mrs. Krevosh dismissed FINRA Arb. No. 17-00988 and closed the matter with FINRA.

36. A reasonable person in Westminster's position would have expected that the promise to pay $275,000 to Mrs. Krevosh to settle FINRA Arb. No. 17-00988, together with Westminster's counsel's request that Mrs. Krevosh's counsel remove the "in principal" language from the notification to FINRA in order to cancel the pending hearing, would induce Mrs. Krevosh to dismiss FINRA Arb. No. 17-00988 and close the matter with FINRA.

37. Mrs. Krevosh reasonably relied upon Wesminter's promise to pay $275,000 to Mrs. Krevosh to settle the matter when she dismissed FINRA Arb. No. 17-00988, and caused FINRA to close the matter and remove it from its arbitration docket.

38. Due to Mrs. Krevosh's reliance upon Westminster's above-referenced promise(s), FINRA Arb. No. 17-00988 is now dismissed, closed and removed from FINRA's

arbitration docket.

39. The prejudice and injustice Mrs. Krevosh will experience can be avoided only by enforcement of Westminster's promise to pay $275,000 in accordance with the Settlement Agreement.

40. WHEREFORE, Mrs. Krevosh respectfully requests the Court find Westminster estopped from complying with the promise(s) contained in the Settlement Agreement and order it to pay to Mrs. Krevosh $275,000.

**PRAYER FOR RELIEF**

WHEREFORE, Mrs. Krevosh prays for relief as follows:

1. Damages in the amount of $275,000;
2. Pre and postjudgment interest;
3. Attorneys' fees and costs; and
4. Such other relief as the Court deems appropriate.

Dated: August 2, 2018

GANA WEINSTEIN, LLP

/s/ Adam J. Gana
Adam J. Gana, Esq.
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 776-4251

**Pro Hac Vice Motion Forthcoming*

-and-

COOK & KELESIS, LTD.
Marc P. Cook, Esq., and Julie L. Sanpei, Esq.
517 South 9th Street
Las Vegas, Nevada 89101
(702) 385-3788

*Attorneys for Plaintiff*