Adam J. Gana, Esq.
GANA WEINSTEIN, LLP
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 776-4251
**Pro Hac Vice Motion Forthcoming*

-and-

Marc P. Cook, Esq., and Julie L. Sanpei, Esq.
COOK & KELESIS, LTD.
517 South 9th Street
Las Vegas, Nevada 89101
(702) 385-3788
Local Counsel

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARY KREVOSH,

Plaintiff,

vs.

WESTMINSTER FINANCIAL SECURITIES, INC.,

Defendant

CASE NO.: _______________

**PLAINTIFF'S COMPLAINT EXHIBIT INDEX**

# INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | BATES NO. |
|---|---|---|
| A | Email from Joseph Simms to Adam Gana, Jeffrey Grubman, and Chris Lufrano dated July 20, 2018 | KREVOSH0001 |
| B | Letter from Adam Gana to Michelle Collins dated July 20, 2018 | KREVOSH0002 |
| C | Email from Joseph Simms to Christopher Lufrano dated July 20, 2018 | KREVOSH0003-KREVOSH0004 |
| D | Email from Adam Gana to Cheryl Abuan Dated July 30, 2018 | KREVOSH0005 |
| E | Letter From Michele Collins to Adam Gana and Joseph Simms dated July 30, 2018 | KREVOSH0006 |

# EXHIBIT A

**From:** Joseph Simms
**To:** Adam Gana; Jeffrey Grubman
**Cc:** Chris Lufrano
**Subject:** RE: Krevosh v Westminster
**Date:** Friday, July 20, 2018 5:16:15 PM

My client overpaid, your client accepted too little. Perfect settlement.

Have a good weekend everyone.

Joseph S. Simms, Esq.

216.453.2308-direct
jsimms@koehler.law
www.koehler.law

-----Original Message-----
From: Adam Gana <agana@ganallp.com>
Sent: Friday, July 20, 2018 5:35 PM
To: Jeffrey Grubman <jeff@jeffgrubman.com>
Cc: Joseph Simms <jsimms@koehler.law>; Chris Lufrano <clufrano@ganallp.com>
Subject: Re: Krevosh v Westminster

Joe,
I wanted to personally thank you. Jeff told me your firm is covering the mediation fee to get the deal done. I appreciate it and so does my client. This was a tough one and nobody is particularly happy, so good job Jeff.

On Jul 20, 2018, at 5:32 PM, Jeffrey Grubman <jeff@jeffgrubman.com> wrote:

Joe and Adam,

This will confirm that your clients have agreed to settle this matter for $275,000 in the standard time frame of approximately 30 days plus Westminster will pay the full cost of mediation. Adam, please notify FINRA today that the case is settled. Joe will prepare a draft settlement agreement, which may take longer than usual to prepare in light of the potential issues with Westminster's carrier.

Congratulations on the settlement. I am glad that we stayed with it. Have a good weekend.

Best,
Jeff

Sent from my iPad

# EXHIBIT B

GW GANA WEINSTEIN LLP

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212)776-4251
agana@ganallp.com
www.ganalawfirm.com

July 20, 2018

**VIA DR-Portal**

Michelle Collins
FINRA Dispute Resolution
300 South Grand Avenue, Suite 1700
Los Angeles, California 90071

**Re:** ***Mary Krevosh vs. Westminster Financial Securities, Inc.*, FINRA No. 17-00988**

Dear Ms. Collins:

Please be advised that the parties resolved the above-referenced case in principal. Please inform the Panel.

Accordingly, Claimant requests that the matter be removed from the hearing schedule. Given that the hearing is scheduled to begin July 31, 2018, and this letter is greater than 10 days before the commencment of the hearing, Claimant anticipates that hearing fees will not be assessed pursuant to FINRA Rule 12902(d).

Please contact the undersigned if you have any questions.

Sincerely,

Adam J. Gana

# EXHIBIT C

**From:** Joseph Simms
**To:** Christopher Lufrano
**Cc:** Adam Gana; Adam Weinstein
**Subject:** RE: Krevosh v Westminster- Notice of Settlement in Principal
**Date:** Friday, July 20, 2018 5:17:15 PM
**Attachments:** image002.png
image003.png
image004.png
image005.png

---

Chris-I don't think FINRA will cancel the hearing based on this. You might need to notify them simply that we settled without the "in principal" part.

Thanks.

**Joseph S. Simms, Esq.**
Koehler Fitzgerald
**216.453.2308-direct**
**jsimms@koehler.law**
**www.koehler.law**

---

**From:** Christopher Lufrano <clufrano@ganallp.com>
**Sent:** Friday, July 20, 2018 5:40 PM
**To:** Joseph Simms <jsimms@koehler.law>
**Cc:** Adam Gana <agana@ganallp.com>; Adam Weinstein <aweinstein@ganallp.com>
**Subject:** Krevosh v Westminster- Notice of Settlement in Principal

Joe,

Please find the correspondence attached.

Regards,

GW GANA WEINSTEIN
**Christopher L. Lufrano | Of Counsel**
clufrano@ganallp.com |
Direct Phone: 646-652-1675
345 Seventh Avenue, 21st Floor, New York, NY 10001

Ganalawfirm.com | New York | Illinois

Confidentiality Notice: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any

dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

---

This email has been checked for viruses by AVG antivirus software.
www.avg.com

# EXHIBIT D

**From:** Adam Gana
**To:** Cheryl.Abuan@finra.org
**Cc:** jsimms@koehler.law; Chris Lufrano
**Subject:** 17-00988 - Krevosh v Westminster
**Date:** Friday, July 20, 2018 5:31:57 PM

---

Cheryl,
This case is settled in its entirety and the case should be closed. Please inform the panel and close the case without the late adjournment fee. Thank you.

Adam Gana
Gana Weinstein LLP
(212) 776-4251
New York, NY | Chicago, IL

# EXHIBIT E

FINRA
Financial Industry Regulatory Authority

**TO:** Adam Gana, Esq.
Joseph S. Simms, Esq.

**From:** Michele D. Collins
Senior Case Administrator

**Subject:** FINRA Office of Dispute Resolution Arbitration Number 17-00988
Mary Krevosh vs. Westminster Financial Securities, Inc.

**Date:** July 30, 2018

FINRA has received a letter advising that all claims in this matter have been settled or withdrawn. Accordingly, we have closed this case and removed it from our arbitration docket.

You will receive an invoice that reflects the fees assessed and any outstanding balance or refund due. Fees are due and payable to FINRA Office of Dispute Resolution upon receipt of the invoice and should be remitted to the address specified on the invoice. Any applicable refunds will be sent approximately 45 days after the case closes.

We welcome suggestions from parties and practitioners in our forum to improve the services we provide. If you have not already done so, please complete an evaluation of our services, the arbitration process, and the arbitrator(s) assigned to your case. You will find an arbitration evaluation form on FINRA's web site at: http://www.finra.org/arbevaluation.

If you have any questions, please do not hesitate to contact me at 213-229-2345 or by email at Michele.Collins@finra.org.

MIC:jpt:LC40A
idr: 04/03/2017

RECIPIENTS:
Adam Gana, Esq., Gana LLP, 345 Seventh Avenue, 21St Floor, New York, NY 10001
On Behalf Of: Mary Krevosh

Joseph S. Simms, Esq., Koehler Fitzgerald LLC, 1111 Superior Avenue East, Suite 2500, Cleveland, OH 44114
On Behalf Of: Westminster Financial Securities, Inc.