JOSEPH S. SIMMS (Ohio Bar # 0066584)
jsimms@reminger.com
REMINGER CO., LPA
101 West Prospect Avenue, Suite 1400
Cleveland, OH 44115
Ph: 216-687-1311
Fax: 216-687-1841
*Admitted Pro Hac Vice*

WILLIAM R. URGA, ESQ.
Nevada Bar No. 1195
DAVID MALLORY, ESQ.
Nevada Bar No. 8171
JOLLEY, URGA, WOODBURY, HOLTHUS & ROSE
330 S. Rampart Blvd., Suite 380
Las Vegas, NV 89145

*Attorneys for Defendant*
*Westminster Financial Securities, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY KREVOSH, | CASE NO. 2:18-cv-01434 |
| Plaintiff, | JUDGE JAMES C. MAHAN |
| vs. | |
| WESTMINSTER FINANCIAL SECURITIES, INC. | **STIPULATION TO STAY DISCOVERY** |
| Defendant. | |

Pursuant to the Court's Order dated November 5, 2018 and in accordance with LR IA 6-2, Plaintiff Mary Krevosh and Defendant Westminster Financial Securities, Inc., hereby jointly stipulate and agree as follows:

Discovery in the captioned matter may be stayed and held in abeyance pending further Order of Court.

Respectfully submitted,

/s/ Adam J. Gana
Adam J. Gana
GANA WEINSTEIN LLP
345 Seventh Avenue – 21st Floor
New York, NY 10001
Ph: 212-776-4251
Email: agana@ganallp.com
*Lead Attorney – Pro Hac Vice*

/s/ Marc P. Cook
Marc P. Cook
COOK AND KELESIS, LTD
517 S. 9th Street
Las Vegas, NV 89101
Ph: 702-737-7702
Fax: 702-737-7712
Email: mcook@bckltd.com

*Attorneys for Plaintiff*

/s/ Joseph S. Simms
Joseph S. Simms
(Ohio Bar # 0066584)
jsimms@reminger.com
REMINGER CO., LPA
101 West Prospect Avenue, #1400
Cleveland, OH 44115
Ph: 216-687-1311
Fax: 216-687-1841
*Admitted Pro Hac Vice*

/s/ William R. Urga
William R. Urga, Esq.
Nevada Bar No. 1195
David Mallory, Esq.
Nevada Bar No. 8171
JOLLEY, URGA, WOODBURY, HOLTHUS & ROSE
330 S. Rampart Blvd., Suite 380
Las Vegas, NV 89145

*Attorneys for Defendant*
*Westminster Financial Securities, Inc.*

IT IS SO ORDERED:

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: December 3, 2018

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

<em>/s/ Joseph S. Simms</em><br>
Joseph S. Simms (<em>Pro Hac Vice)</em>