UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MARY KREVOSH, | Case No. 2:18-CV-1434 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| WESTMINSTER FINANCIAL SECURITIES, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Krevosh v. Westminster Financial Securities, Inc.*, case no. 2:18-cv-01434-JCM-CWH.

On June 4, 2019, the court granted defendant Westminster Financial Securities, Inc.'s ("Westminster") motion to compel arbitration and stayed the instant action pending the close of arbitration. (ECF No. 36). Accordingly, the court will deny without prejudice plaintiff Mary Krevosh's motion for summary judgment (ECF No. 12) and motion to dismiss Westminster's counterclaim (ECF No. 14). The court will also deny without prejudice Westminster's motion to extend time. (ECF No. 18).

Accordingly,

IT IS SO ORDERED.

DATED June 19, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**