GANA WEINSTEIN, LLP
Adam J. Gana, Esq.
345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 776-4251
*Admitted Pro Hac Vice

-and-

COOK & KELESIS, LTD.
Marc P. Cook, Esq.
Julie L. Sanpei, Esq.
517 South 9th Street
Las Vegas, Nevada 89101
(702) 385-3788
Local Counsel

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY KREVOSH, <br><br> Plaintiff, <br><br> vs. <br><br> WESTMINSTER FINANCIAL SECURITIES, INC., <br><br> Defendant. | CASE NO.: 2:18-CV-01434-JCM-CWH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Parties, Plaintiff Mary Krevosh and Defendant Westminster Financial Securities, Inc. (collectively, the "Parties"), by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims and counterclaims between them in the above-referenced cause of action in accordance with a settlement by the Parties. The Parties shall pay their own costs.

Dated: June 17, 2020

*Adam Gana*  
Adam J. Gana, Esq.  
Adam J. Weinstein, Esq.  
GANA LLP  
*Attorneys for Plaintiff*  
345 Seventh Avenue, 21st Floor  
New York, New York 10001  
212-776-4541  

_[signature]_  
Joseph S. Simms, Esq.  
REMINGER CO., LPA  
*Attorneys for Defendant*  
101 West Prospect Avenue  
Suite 1400  
Cleveland, OH 44115  
216-430-2265  

IT IS SO ORDERED:  
_[signature]_  
UNITED STATES DISTRICT JUDGE  

DATED: June 19, 2020